**DISMISS and Opinion Filed February 9, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00759-CV**

**KARESHA DANIELS & ALL OTHER OCCUPANTS, Appellant**

**V.**

**SS COTTAGES LLC DBA SCOTCH CREEK A/K/A THE DISTRICT AT CYPRESS WATERS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00582-B**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Partida-Kipness

It is well-settled that, to be appealable, a judgment must dispose of all parties and claims and define the parties' rights with certainty. *See Hinde v. Hinde*, 701 S.W.2d 637, 639 (Tex. 1985) (per curiam). The challenged judgment in this appeal awards, in part, appellate attorney's fees to appellee but does not state the amount awarded. Because the judgment does not define appellee's rights with certainty, we questioned our jurisdiction over the appeal and directed appellant to file a letter brief addressing our concern. *See Chado v. PNL Blackacre, L.P.*, 05-04-00312-CV, 2005WL 428824, *1 (Tex. App.—Dallas Feb. 24, 2005, no pet.) (mem. op.)

(judgment that failed to specify amount of appellate fees awarded not definite). Although we cautioned appellant that failure to comply within ten days could result in dismissal of the appeal without further notice, more than ten days have passed and appellant has not complied. Accordingly, on the record before us, we dismiss the appeal. *See Hinde*, 701 S.W.2d at 639; *Chado*, 2005 WL 428824, *1.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210759F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KARESHA DANIELS & ALL OTHER OCCUPANTS, Appellant

No. 05-21-00759-CV      V.

SS COTTAGES LLC DBA SCOTCH CREEK A/K/A THE DISTRICT AT CYPRESS WATERS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-00582-B.
Opinion delivered by Justice Partida-Kipness, Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered February 9, 2022.